AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Annie Howell | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Annie Howell__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 03/02/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.02 13:42:38 -05'00'

City and state: Washington, D.C.

G. Michael Harvey   U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/03/21, and the person was arrested on *(date)* 03/08/21
at *(city and state)* Swoyersville PA.

Date: 03/08/21

*Arresting officer's signature*

TFO ERIC JEMARANZ
*Printed name and title*