UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     2021 CR 217 TFH

ANNIE HOWELL

## NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.

Respectfully submitted,

/s/

Heather Shaner #273276
Appointed by the Court
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210
Cell 202 258 3070
hhsesq@aol.com