**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                  |   |                          |
|----------------------------------|---|--------------------------|
|                                  | : |                          |
| **UNITED STATES OF AMERICA**     | : | **Case No. 21-cr-217 (TFH)** |
|                                  | : |                          |
| **v.**                           | : |                          |
|                                  | : |                          |
| **ANNIE HOWELL,**                | : |                          |
|                                  | : |                          |
| **Defendant.**                   | : |                          |
|                                  | : |                          |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on February 23, 2022, via USAfx, relating to the sentencing hearing scheduled for March 2, 2022.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1.      A file entitled "Ex 2 - WT unified_message_322909668918684," which is a video taken by defendant Annie Howell showing the assault of police officers on the Lower West Terrace ("LWT") of the United States Capitol.  In particular, the video shows two rioters climbing up on top of the crowd to hit and kick at officers positioned beneath them in the LWT tunnel.

2.      A file entitled "Ex 3 - WT unified_message_141025931159740," which is a video taken by defendant Annie Howell showing the assault of police officers on the LWT.  In particular, the video showed a rioter hanging from the top of the LWT tunnel to kick at police while what sounds like Howell's voice screams "yeah."

3.      A file entitled "Ex 4 - WT unified_message_1076665186092227," which is a video taken by defendant Annie Howell showing the assault of police officers on the LWT.  In particular,

the video shows rioters unsuccessfully maneuvering a long step ladder towards the LWT tunnel in an attempt to breach the police line.

4.      A file entitled "Ex 5 - WT unified_message_504624707177901," which is a video taken by defendant Annie Howell showing the assault of police officers on the LWT.  In particular, the video shows rioters attack the police with sticks and thrown objects while what sounds like Howell's voice screams "fuck you" at police.

5.      A file entitled "Ex 6 - WT Chant unified_message_196788488831245," which is a video taken by defendant Annie Howell that captures the assault of police officers at the LWT.  In particular, the video captures Howell chanting "whose house, our house" as tear gas can be seen pouring out of the LWT tunnel.

6.      A file entitled "Ex. 7 - Inside unified_message_408094753779000," which is a video taken by defendant Annie Howell from inside the U.S. Capitol.  The video captures Howell attempting to lead a chant of "whose house, our house" from within a ransacked conference room.

7.      A file entitled "Ex. 8 - Later unified_message_396084161502559," which is a video taken by defendant Annie Howell near the bottom of the Capitol steps.  In particular, the video captures what sounds like Howell chanting "nazis" at a line of police officers.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/ *Benjamin Kringer*
Benjamin E. Kringer
Detailed to the U.S. Attorney's Office
for the District of Columbia

D.C. Bar No. 482852
555 Fourth Street, N.W.
Washington, DC  20530
benjamin.kringer2@usdoj.gov
(202) 598-0687