UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     21-CR-215 TFH

ANNIE HOWELL

RESPONSE TO MINUTE ORDER RE: DOC 38

On behalf of Annie Howell, in light of previous Orders of the United States District Court on this exact issue, the defendant takes no position.

Respectfully submitted,

_____/s_____
H. Heather Shaner #273276
Appointed by the Court for Defendant
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com