UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANNIE HOWELL,**<br><br>　　　　　　　**Defendant.** | Criminal Action No.  21-217 (TFH) |

# ORDER

　　The Government and ANNIE HOWELL having no objections, the Press Coalition's Application for Access to Video Exhibits [ECF No. 45] is hereby **GRANTED.**

　　It is **ORDERED** that the Government shall make the videos referenced in the application available to the applicants within 72 hours in accordance with the procedure set forth in Standing Order No. 21-28 (May 14, 2021).

　　It is **FURTHER ORDERED** that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

　　**IT IS SO ORDERED.**


September 19, 2022　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1